IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                                )   02:08-cv-02799-GEB-EFB
       Plaintiff,  )
                                )   <u>ORDER TO SHOW CAUSE</u>
  v.                           )   <u>AND CONTINUING STATUS</u>
                                )   <u>(PRETRIAL SCHEDULING)</u>
DAVID SEUNG KIM,  )   <u>CONFERENCE</u>
                                )
       Defendant.  )

        An Order issued February 24, 2009, rescheduled the then pending status conference to June 29, 2009, and required the Plaintiff to file a status report no later than fourteen days prior to the status conference.  No status report was filed.

        Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on October 12, 2009, why sanctions should not be imposed against him under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report.  The written response shall also state whether a hearing is requested on the OSC.[1]  If a hearing is requested, it

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." <u>Matter of Sanction of Baker</u>, 744 F.2d 1438, 1442 (10th Cir. 1984), <u>cert</u>. <u>denied</u>, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients. <u>In re Hill</u>, 775 F.2d 1385, 1387 (9th Cir. 1985).

```
 1  will be held on October 26, 2009, at 9:00 a.m., just prior to the
 2  status conference, which is rescheduled to that date.  A status
 3  report shall be filed no later than fourteen days prior to the
 4  status conference.
 5          IT IS SO ORDERED.
 6  Dated:  June 23, 2009
 7
 8                              _____
                                GARLAND E. BURRELL, JR.
 9                              United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```